UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re:  MIGUEL SUFRAN,<br>         Debtor. | BK No. 1:11-bk-11667<br>Chapter 7 |
| BENEFICIAL RHODE ISLAND, INC.<br>         Plaintiff,<br>v.<br>         MIGUEL SUFRAN,<br>         Defendant. | AP No. 1:12-ap-01002 |

**STIPULATION TO WITHDRAW MOTION TO DELAY DISCHARGE, DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE, AND ENTER LOAN MODIFICATION AGREEMENT**

Plaintiff, Beneficial Rhode Island, Inc. ("Beneficial") and Defendant, Miguel Sufran ("Debtor"), hereby stipulate and agree that:

1. Beneficial shall withdraw its motion to delay discharge of the Debtor;

2. Beneficial shall voluntarily dismiss its Adversary Proceeding, without prejudice to Beneficial's Superior Court action;

3. Beneficial may resume efforts to pursue its claims – as similarly asserted in the Adversary Proceeding – against Debtor in state court;

4. Debtor shall not oppose and shall enter an Agreement for Judgment in Beneficial's state court action that seeks a declaration that the mortgage recorded with the Land Evidence Records for the City of Providence in Book 7134 at Page 128, is active, valid, and enforceable against the property at 103 Parade Street, Providence, Rhode Island ("Property").

5. Beneficial shall provide Debtor with full a loan modification offer by January 18, 2013 that shall 1) reduce the principal owed under the Debtor's note and

    mortgage to $200,000.00, plus any property tax payments advanced by Beneficial or its agents relative to the Property, and 2) reduce and fix the interest rate to 5.25%, for a term of no less than 20 years.

6. Debtor's first payment shall be due on February 7, 2013, with additional payments due monthly thereafter, and – once Beneficial receives the first payment – the note and mortgage shall be deemed contractually current.

**WHEREFORE**, Plaintiff, Beneficial Rhode Island, Inc. and Defendant, Miguel Sufran, respectfully request that this Honorable Court allow the parties to dismiss this adversary proceeding, without prejudice, according to this stipulation.

                                  Respectfully submitted,
                                  **Plaintiff,**
                                  **BENEFICIAL RHODE ISLAND, INC.,**
                                  By its Attorney,

                                  */s/ Thomas R. Lavallee*
                                  Thomas R. Lavallee, Esq., #8579
                                  HARMON LAW OFFICES, P.C.
                                  150 California Street
                                  Newton, MA 02458
                                  Telephone: (617) 558-8466
                                  Fax: (617) 243-4038
January 11, 2013                    tlavallee@harmonlaw.com

```
IN RE: MIGUEL SUFRAN
BK 11-11667
```

**Defendant,**
**MIGUEL SUFRAN,**
By his Attorney,
*/s/ John B. Ennis*
John B Ennis, Esq., #2135
1200 Reservoir Avenue
Cranston, RI 02920
Telephone: (401) 943-9230
Fax: (401) 946-5006
jbelaw@aol.com

January 11, 2013

## **CERTIFICATION**

    I, Thomas R. Lavallee, hereby certify that on this 11th day of January, 2013, a true copy of this document was served upon the attorney of record for each party via this Court's CM/ECF System.

*/s/ Thomas R. Lavallee*

APPROVED: *Diane Finkle*

```
Diane Finkle
U.S. Bankruptcy Court Judge
Date: 2/5/2013
Entered on Docket 2/5/2013
```